LAW OFFICES OF K.C. OKOLI, P.C., Plaintiff, and KENECHUKWU C. OKOLI, Respondent, v SAMUEL O. MADUEGBUNA, Appellant, and MADUEGBUNA COOPER LLP, Respondent.

Submitted June 29, 2009; decided September 15, 2009

Reported below, 62 AD3d 477.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RICHARD LAZZARI, Appellant, v TOWN OF EAST-CHESTER et al., Respondents.

Submitted July 20, 2009; decided September 15, 2009

Reported below, 62 AD3d 1002.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL L. CRUZ, Appellant.

Submitted August 31, 2009; decided September 15, 2009

Reported below, 57 AD3d 1453.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.